Madja Dja

219 W.121st Street Apt 3W

New York, NY 10027

Phone: 646-934-5797

Email: madjadja@aol.com

Wednesday August 5th, 2009

Re: CR-04-658(ARR)

Honorable Judge Allyne R. Ross

Eastern District of New York

> *With the consent of the Gust and the Probation Department, the application is granted. So ordered.*
> *S/Judge Ross, USDJ*
> *12/3/09*
> *cc: AUSA Chau*
> *PO Gonzalez*
> *Madja Dja*
> *Lisa Scolari*

Dear Judge Ross

My name is Madja Dja, and my case of unlicensed money transmitting business was presenting to your Honor in the year 2004. After I pled guilty your honor sentenced me to 7 months imprisonment and to 3 years supervised released. I completed my prison sentence, and I am now serving my 3 years probation which started on August of 2007.

During these past two years I had the opportunity to obtain my GED diploma, and to earn a Microsoft Office certification. I am also planning to further my education by taking college classes towards a degree on Web Designing. Therefore, I am appealing to your honor with all the due respect and consideration for an early termination for my three years supervised release.

In addition to these modest accomplishments, I am still running the restaurant through these tough times. Even though it may be very hard managing a business nowadays, I am doing my best to keep my head above the water. More than ever I am very devoted to my family. And my wife and I have been very fortunate to welcome our sixth child two months ago. I am also very involved in the West African community in general.

Your Honor, I know that any of these mentioned above doesn't make me deserving of an early termination, therefore I am just appealing to your kindness and to your mercy to reduce my supervised released time and allow me to regain fully my freedom. I thank you from the bottom of my heart for the time and consideration.

Respectfully yours,

Madja Dja

The Honorable Allyne R. Ross
United State District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201+1652

MADJA DJA
219 W 101 Street Apt 3W
New york NY 10027

Madja Dja

Madja Dja

219 W. 121st Street Apt 3W

New York, NY 10027

Phone: 646-934-5797

Email: madjadja@aol.com

Monday August 3rd, 2009

Re: CR-04-648(ARR)

Honorable Judge Allyne R. Ross

Eastern District of New York

Dear Judge Ross,

I am sending back this letter as a reminder, I have sent it since August but I have not got an answer yet.

Respectfully yours,

Madja Dja

JEANINE MANNO
347-534-3682

S.D.N.Y.
SONIA'S
GONZALEZ P.O.
212-805-0074